AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | United States Supreme Court | 6/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

United States Supreme Court
1 First Street, NE
Washington, DC 20544

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/25/2012 | Duke Law School - Teaching | $5,000.00 |
| 2. 7/31/2012 | Penn State Dickinson School of Law - Teaching | $15,000.00 |
| 3. 9/25/2012 | Duke Law School - Teaching | $6,955.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida International University Law School | January 25-30, 2012 | Miami, Florida | Moot Court | Transportation, Meals, Lodging. |
| 2. | Columbia University | April 9-11, 2012 | New York, NY | Conference | Transportation, Meals, Lodging |
| 3. | Italian American Natioanl Hall of Fame | May 5-6, 2012 | Atlantic, NJ | 37th Induction Ceremony | Transportation, Meals, Lodging |
| 4. | Duke Law School | June 1-2, 2012 | Durham, NC | Teaching | Transportation, Meals, Lodging |
| 5. | Penn State Dickinson School of Law | July 8-20, 2012 | Florence, Italy | Teaching | Transportation, Meals, Lodging |
| 6. | Duke University Law School | July 8-20, 2012 | Durham, NC | Teaching | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

| 7. | Roger Williams Law School | September 1-8, 2012 | Providence/Newport Rhode Island | Presentation to Students | Transportation, Meal, Lodging |
|---|---|---|---|---|---|
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vang. Tax Ex Mny Mkt Fund (h) | A | Interest | M | T | Buy | 7/6/12 | K | | |
| 2. | | | | | Buy | 10/31/12 | L | | |
| 3. Vang Inter Term Tax Ex Fund | A | Interest | J | T | | | | | |
| 4. Van LT Tax Ex Fund | A | Interest | J | T | | | | | |
| 5. Vang Star Mutual Fund | A | Dividend | K | T | | | | | |
| 6. Vang Wellington Mut Fund | D | Dividend | M | T | | | | | |
| 7. Smith Barney Money Funds Cash Port (y) | | | | | | | | | |
| 8. Van Small Cap Stock Fund | B | Dividend | M | T | | | | | |
| 9. Van Total Stock Mkt Index F | C | Dividend | M | T | | | | | |
| 10. Windsor II | A | Dividend | K | T | | | | | |
| 11. Vanguard TE Mny Mkt | A | Interest | M | T | Buy | 11/20/12 | L | | |
| 12. Citibank Deposit Program (y) | | | | | | | | | |
| 13. XON Common Stock | B | Dividend | M | T | | | | | |
| 14. Edward Jones Investment (Cash Account) | A | Interest | J | T | | | | | |
| 15. Vanguard Target Retirement Acct 2015 | A | Dividend | J | T | | | | | |
| 16. PNC Bank 1 | A | Interest | K | T | | | | | |
| 17. PNC Bank 2 | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank 3 (x) | A | Interest | N | T | | | | | |
| 19. PNC Bank 4 (x) | A | Interest | J | T | | | | | |
| 20. Andrews Federal Credit Union (x) | A | Interest | L | T | | | | | |
| 21. Crane Energy (x) | | None | J | T | | | | | |
| 22. Edward Jones #1: (H) | | | | | | | | | |
| 23. - Tax Free MMkt (x) | A | Interest | K | T | | | | | |
| 24. - Centinela Vy UN High Sch (x) | | None | J | T | | | | | |
| 25. - Chicago IL Pj & Rfdg Ser A GO 5% (x) | | None | K | T | | | | | |
| 26. - Desert CA Cmnty College Dist 5% (x) | A | Interest | K | T | | | | | |
| 27. - Fairfax Cnty VA Public Impt 4.25% (x) | A | Interest | J | T | | | | | |
| 28. - Fairfax Cnty VA Econ Dev Auth 4.375% (x) | A | Interest | J | T | | | | | |
| 29. - Hallifax Cnty VA Indl Dev Auth 5.625%(x) | B | Interest | L | T | | | | | |
| 30. - IL Dev Fin Citizens Utils Co. 6.25% (x) | A | Interest | K | T | | | | | |
| 31. - In Local Pub Impt Bd Auth Rev 5.25% (x) | | None | K | T | | | | | |
| 32. - Met WA DC Arpts Auth Sys Rev 5% (x) | A | Interest | K | T | | | | | |
| 33. - Metro Washington DC Arpts Rev 5.125% (x) | A | Interest | K | T | | | | | |
| 34. - NJ Econ Dev United Wtr NJ Pj 5.5% (x) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - NJ Hlth Care Facs Fing Hosp 5.25% (x) | A | Int./Div. | K | T | | | | | |
| 36. - Stafford Cnty & Staunton VA 4% (x) | A | Interest | K | T | | | | | |
| 37. - Virginia Comwith Transn Brd 0% (x) | | None | J | T | | | | | |
| 38. - VA St Res Auth Wtr & Swr Rev 0% (x) | | None | J | T | | | | | |
| 39. - VA St Res Auth Wtr & Swr Sys 0% (x) | | None | J | T | | | | | |
| 40. - WI Hlth & Edl Facs Thedacare 5.25% (x) | A | Interest | K | T | | | | | |
| 41. - MS Senior Med Term Nts Step Up 5% (x) | A | Interest | K | T | | | | | |
| 42. - US Tips 1.375% (x) | | None | K | T | | | | | |
| 43. - 3M Co (x) | A | Dividend | K | T | | | | | |
| 44. - Abbott Laboratories (x) | A | Dividend | K | T | | | | | |
| 45. - Ancestry Com Inc (x) | | None | | | Redeemed | 12/31/12 | J | A | |
| 46. - Automatic Data Processing Inc (x) | A | Dividend | J | T | | | | | |
| 47. - Black Hills Corp (x) | A | Dividend | K | T | | | | | |
| 48. - Boeing Co (x) | A | Dividend | K | T | | | | | |
| 49. - Catepiller Inc (x) | A | Dividend | K | T | | | | | |
| 50. - Centurylink Inc (x) | A | Dividend | K | T | | | | | |
| 51. - Chevron Corp (x) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Clean Energy Fuels Corp (x) | | None | J | T | | | | | |
| 53.  - ConocoPhillips (x) | A | Dividend | K | T | | | | | |
| 54.  - Cr Bard Inc (x) | A | Dividend | L | T | | | | | |
| 55.  - E I Du Pont de Nemours & Co (x) | A | Dividend | J | T | | | | | |
| 56.  - Endo Health Solutions Inc (x) | | None | J | T | | | | | |
| 57.  - Itc Holdings Corp (x) | A | Dividend | K | T | | | | | |
| 58.  - Jacobs Engineering Croup Inc (x) | | None | K | T | | | | | |
| 59.  - Johnson & Johnson (x) | A | Dividend | J | T | | | | | |
| 60.  - Johnson Controls Inc (x) | A | Dividend | J | T | | | | | |
| 61.  - JPMorgan Chase & Co (x) | A | Dividend | L | T | | | | | |
| 62.  - Kraft Foods Inc (x) | | None | J | T | | | | | |
| 63.  - Merck & Co Inc. New (x) | A | Dividend | K | T | | | | | |
| 64.  - Molson Coors Brewing Co (x) | A | Dividend | J | T | | | | | |
| 65.  - Mondelez International Inc (x) | | None | J | T | | | | | |
| 66.  - OGE Energy Corp (x) | B | Dividend | M | T | | | | | |
| 67.  - Oracle Corp (x) | B | Dividend | M | T | | | | | |
| 68.  - Parker Hannifin Corp (x) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pepsico Inc. (x) | A | Dividend | K | T | | | | | |
| 70. - Phillips 66 (x) | A | Dividend | J | T | | | | | |
| 71. - PNC Bank Corp (x) | A | Dividend | J | T | | | | | |
| 72. - Procter & Gamble Co (x) | A | Dividend | J | T | | | | | |
| 73. - Realty Income Corp (x) | A | Dividend | K | T | | | | | |
| 74. - Schlumberger Limited (x) | A | Dividend | J | T | | | | | |
| 75. - Sysco Corp (x) | A | Dividend | J | T | | | | | |
| 76. - Target Corp (x) | A | Dividend | J | T | | | | | |
| 77. - TJX Cox Inc (x) | A | Dividend | J | T | | | | | |
| 78. - United Technologies Corp (x) | A | Dividend | K | T | | | | | |
| 79. - Vodafone Group PLC ADR (x) | A | Dividend | | | Sold | 12/20/12 | K | A | |
| 80. - Verizon Communications (x) | A | Dividend | | | Sold | 12/20/12 | J | A | |
| 81. - Wpp PLC ADR (x) | A | Dividend | J | T | Sold (part) | 9/19/12 | J | A | |
| 82. - Kinder Morgan Energy Partners (x) | A | Dividend | K | T | | | | | |
| 83. | | | | | | | | | |
| 84. Edward Jones #2 (H) | | | | | | | | | |
| 85. - Money Market (x) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ABB Ltd Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 87. | | None | | | Sold | 12/28/12 | J | A | |
| 88. - ADT Corporation | | None | | | Buy | 12/7/12 | J | | |
| 89. | | None | | | Sold | 12/28/12 | J | A | |
| 90. - Ameren Corp (x) | B | Dividend | | | Sold | 12/7/12 | L | A | |
| 91. - Anadarko Petroleum Corp | | None | | | Buy | 12/7/12 | J | | |
| 92. | | | | | Sold | 12/28/12 | J | A | |
| 93. - AT&T Inc | | None | | | Buy | 12/7/12 | J | | |
| 94. | | | | | Sold | 12/28/12 | J | A | |
| 95. - Autodesk Inc | | None | | | Buy | 12/7/12 | J | | |
| 96. | | | | | Sold | 12/28/12 | J | A | |
| 97. - BAE Systems Plc Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 98. | | | | | Sold | 12/28/12 | J | A | |
| 99. - BHP Billiton Ltd ADR | | None | | | Buy | 12/7/12 | J | | |
| 100. | | | | | Sold | 12/28/12 | J | A | |
| 101. - Biogen Idec Inc. | | None | | | Buy | 12/7/12 | J | | |
| 102. | | | | | Sold | 12/28/12 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Boc Hong Kong Hldgs Ltd ADR | | None | | | Buy | 12/7/12 | J | | |
| 104. | | | | | Sold | 12/28/12 | J | A | |
| 105.  - Bristol Meyers Squibb Co | | None | | | Buy | 12/7/12 | J | | |
| 106. | | | | | Sold | 12/28/12 | J | A | |
| 107.  - British American Tobacco | | None | | | Buy | 12/7/12 | J | | |
| 108. | | | | | Sold | 12/28/12 | J | A | |
| 109.  - Broadcom Corp | | None | | | Buy | 12/7/12 | J | | |
| 110. | | | | | Sold | 12/28/12 | J | A | |
| 111.  - Canadian Oil Sands, Ltd. | | None | | | Buy | 12/7/12 | J | | |
| 112. | | | | | Sold | 12/28/12 | J | A | |
| 113.  - Caterpillar Inc. | | None | | | Buy | 12/7/12 | J | | |
| 114. | | | | | Sold | 12/28/12 | J | A | |
| 115.  - Chevron Corp | | None | | | Buy | 12/7/12 | J | | |
| 116. | | | | | Sold | 12/28/12 | J | A | |
| 117.  - Citrix Systems Inc. (x) | | None | | | Sold | 12/28/12 | J | A | |
| 118.  - Comcast Corp Cl A | | None | | | Buy | 12/7/12 | J | | |
| 119. | | | | | Sold | 12/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Deere & Co. | | None | | | Buy | 12/7/12 | J | | |
| 121. | | | | | Sold | 12/28/12 | J | A | |
| 122.  - Deutsche Post AG ADR | | None | | | Buy | 12/7/12 | J | | |
| 123. | | | | | Sold | 12/28/12 | J | A | |
| 124.  - Diageo PLC ADR New | | None | | | Buy | 12/7/12 | J | | |
| 125. | | | | | Sold | 12/28/12 | J | A | |
| 126.  - DirecTV | | None | | | Buy | 12/7/12 | J | | |
| 127. | | | | | Sold | 12/28/12 | J | A | |
| 128.  - Dolby Laboratories Inc | A | Dividend | | | Buy | 12/7/12 | J | | |
| 129. | | | | | Sold | 12/28/12 | J | A | |
| 130.  - E I Du Pont de Nemours & Co | A | Dividend | | | Buy | 12/7/12 | J | | |
| 131. | | | | | Sold | 12/28/12 | J | A | |
| 132.  - Exxon Mobile Corp | | None | | | Buy | 12/7/12 | J | | |
| 133. | | | | | Sold | 12/28/12 | J | A | |
| 134.  - Fluor Corp | | None | | | Buy | 12/7/12 | J | | |
| 135. | | | | | Sold | 12/28/12 | J | A | |
| 136.  - Forest Labs Inc Cl A | | None | | | Buy | 12/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/28/12 | J | A | |
| 138. - General Electric Co | | None | | | Buy | 12/7/12 | J | | |
| 139. | | | | | Sold | 12/28/12 | J | A | |
| 140. - HSBC Holdings PLC ADR New | | None | | | Buy | 12/7/12 | J | | |
| 141. | | | | | Sold | 12/28/12 | J | A | |
| 142. - IBM (x) | A | Dividend | | | Sold (part) | 12/7/12 | L | A | |
| 143. | | | | | Sold | 12/28/12 | J | A | |
| 144. - Israel Chemicals Ltd | | None | | | Buy | 12/7/12 | J | | |
| 145. | | | | | Sold | 12/28/12 | J | A | |
| 146. - JPMorgan Chase & Co | | | | | Buy | 12/7/12 | J | | |
| 147. | A | Dividend | | | Sold | 12/28/12 | J | A | |
| 148. -L-3 Communications Holdgs Inc | | None | | | Buy | 12/7/12 | J | | |
| 149. | | | | | Sold | 12/28/12 | J | A | |
| 150. - Liberty Interactive Corp Com A | | None | | | Buy | 12/7/12 | J | | |
| 151. | | | | | Sold | 12/28/12 | J | A | |
| 152. - Liberty Media Corp | | None | | | Buy | 12/7/12 | J | | |
| 153. | | | | | Sold | 12/28/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - McDonalds Corp | None | | | | Buy | 12/7/12 | J | | |
| 155. | | | | | Sold | 12/28/12 | J | A | |
| 156.  - MTN Group Ltd | None | | | | Buy | 12/7/12 | J | | |
| 157. | | | | | Sold | 12/28/12 | J | A | |
| 158.  - Munich RE Group ADR | None | | | | Buy | 12/7/12 | J | | |
| 159. | | | | | Sold | 12/28/12 | J | A | |
| 160.  - National Oilwell Varco Inc. | None | | | | Buy | 12/7/12 | J | | |
| 161. | | | | | Sold | 12/28/12 | J | A | |
| 162.  - Nestle S A ADR | None | | | | Buy | 12/7/12 | J | | |
| 163. | | | | | Sold | 12/28/12 | J | A | |
| 164.  - Novartis AG ADR | None | | | | Buy | 12/7/12 | J | | |
| 165. | | | | | Sold | 12/28/12 | J | A | |
| 166.  - OGE Energy Corp (x) | None | | | | Sold | 12/7/12 | K | B | |
| 167.  - Oracle Corp (x) | | | | | Sold | 12/7/12 | K | B | |
| 168.  - Pall Corp | None | | | | Buy | 12/7/12 | J | | |
| 169. | | | | | Sold | 12/28/12 | J | A | |
| 170.  - Petrochina Co Ltd Spons ADR | None | | | | Buy | 12/7/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/28/12 | J | A | |
| 172.  - Philip Morris Intl Inc | | None | | | Buy | 12/7/12 | J | | |
| 173. | | | | | Sold | 12/28/12 | J | A | |
| 174.  - Primaris Retail Reit | | None | | | Buy | 12/7/12 | J | | |
| 175. | | | | | Sold | 12/28/12 | J | A | |
| 176.  - PT Telekomunikiasa lo ADR | | None | | | Buy | 12/7/12 | J | | |
| 177. | | | | | Sold | 12/28/12 | J | A | |
| 178.  - Roche Holding Ltd | | None | | | Buy | 12/7/12 | J | | |
| 179. | | | | | Sold | 12/28/12 | J | A | |
| 180.  - Royal Dutch Shell PLC B Shs | | None | | | Buy | 12/7/12 | J | | |
| 181. | | | | | Sold | 12/28/12 | J | A | |
| 182.  - Sandisk Corp | | None | | | Buy | 12/7/12 | J | | |
| 183. | | | | | Sold | 12/28/12 | J | A | |
| 184.  - Sanofi Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 185. | | | | | Sold | 12/28/12 | J | A | |
| 186.  - Seagate Technology PLC | A | Dividend | | | Buy | 12/7/12 | J | | |
| 187. | | | | | Sold | 12/8/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Siemens A G Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 189. | | | | | Sold | 12/28/12 | J | A | |
| 190. - Singapore Telecommunications | | None | | | Buy | 12/7/12 | J | | |
| 191. | | | | | Sold | 12/28/12 | J | A | |
| 192. - Smiths Group PLC | | None | | | Buy | 12/7/12 | J | | |
| 193. | | | | | Sold | 12/28/12 | J | A | |
| 194. - Statoil Hydro ASA Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 195. | | | | | Sold | 12/28/12 | J | A | |
| 196. - Taiwan Semiconductor Mfg Co ADR | | None | | | Buy | 12/7/12 | J | | |
| 197. | | | | | Sold | 12/28/12 | J | A | |
| 198. - TE Connectivity Ltd | | None | | | Buy | 12/7/12 | J | | |
| 199. | | | | | Sold | 12/28/12 | J | A | |
| 200. - Teckitt Benckiser Group PLC | | None | | | Buy | 12/7/12 | J | | |
| 201. | | | | | Sold | 12/28/12 | J | A | |
| 202. - Titanium Metals Corp (x) | A | Dividend | | | Sold | 12/18/12 | J | B | |
| 203. - Total SA Sponsored ADR | | None | | | Buy | 12/7/12 | J | | |
| 204. | | | | | Sold | 12/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Travelers Companies Inc. | A | Dividend | | | Buy | 12/7/12 | J | | |
| 206. | | | | | Sold | 12/28/12 | J | A | |
| 207. - Tyco International Ltd | | None | | | Buy | 12/7/12 | J | | |
| 208. | | | | | Sold | 12/28/12 | J | A | |
| 209. - Unilever NV New York SHS New | | None | | | Buy | 12/7/12 | J | | |
| 210. | | | | | Sold | 12/28/12 | J | A | |
| 211. - United Overseas Bk Ltd | | None | | | Buy | 12/7/12 | J | | |
| 212. | | | | | Sold | 12/28/12 | J | A | |
| 213. - United Technologies Corp | A | Dividend | | | Buy | 12/7/12 | J | | |
| 214. | | | | | Sold | 12/28/12 | J | A | |
| 215. - United Health Group Inc | A | Dividend | | | Buy | 12/7/12 | J | | |
| 216. | | | | | Sold | 12/28/12 | J | A | |
| 217. - Verizon Communications | | None | | | Buy | 12/7/12 | J | | |
| 218. | | | | | Sold | 12/20/12 | J | A | |
| 219. - Vertex Pharmaceuticals Inc. | | None | | | Buy | 12/7/12 | J | | |
| 220. | | | | | Sold | 12/28/12 | J | A | |
| 221. - VF Corp | A | Dividend | | | Buy | 12/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 12/28/12 | J | A | |
| 223.  - Vodafone Group PLC ADR | | None | | | Buy | 12/7/12 | J | | |
| 224. | | | | | Sold | 12/28/12 | J | A | |
| 225.  - Weatherford International Ltd | | None | | | Buy | 12/7/12 | J | | |
| 226. | | | | | Sold | 12/28/12 | J | A | |
| 227.  - Wells Fargo & Co | | None | | | Buy | 12/7/12 | J | | |
| 228. | | | | | Sold | 12/28/12 | J | A | |
| 229.  - Zurich Insurance Group Ltd ADR | | None | | | Buy | 12/7/12 | J | | |
| 230. | | | | | Sold | 12/28/12 | J | A | |
| 231.  - Ishares MSCI EAFE Index ETF | A | Dividend | | | Buy | 12/7/12 | K | | |
| 232. | | | | | Sold | 12/28/12 | K | A | |
| 233.  - Ishares Russ 1000 Value ETF | A | Dividend | K | T | Buy | 12/7/12 | K | | |
| 234.  - Allianz Nfj Dividend Value (x) | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 235.  - American Century T/F Bd-Int | A | Dividend | L | T | Buy | 12/7/12 | J | | |
| 236. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 237.  - American Century T/F Bd-Int (x) | | | | | Sold | 11/16/12 | J | A | |
| 238.  - American ST Tax Exempt Bond Fund Cl A (x) | A | Dividend | | | Sold | 12/7/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Buffalo Mid Cap | B | Dividend | K | T | Buy | 12/7/12 | K | | |
| 240. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 241. - Eaton Vance Tax Managed Div Inc Fd Cl A (x) | A | Dividend | | | Sold | 12/7/12 | K | A | |
| 242. - Franklin Fed Int Term T/F Inc | A | Dividend | | | Buy | 12/7/12 | L | | |
| 243. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 244. | | | | | Sold | 12/28/12 | L | A | |
| 245. - Franklin Fed T/F Inc (x) | A | Dividend | | | Sold | 11/16/12 | K | A | |
| 246. - Franklin High Yield T/F Inc. | | | K | T | Buy | 12/7/12 | K | | |
| 247. - Franklin High Yield T/F Inc (x) | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 248. - Hartford Dividend & Growth Fund Cl (x) | A | Dividend | | | Sold | 12/7/12 | J | A | |
| 249. - Invesco International Growth Fund (x) | | | | | Sold | 12/7/12 | J | A | |
| 250. - JPMorgan Mid Cap Value | A | Dividend | | | Buy | 12/7/12 | K | | |
| 251. | | | | | Sold | 12/28/12 | K | A | |
| 252. - John Hancock Intl Core (x) | | None | | | Sold | 11/16/12 | J | A | |
| 253. - MFS Municipal Income Fund (x) | A | Dividend | | | Sold | 12/7/12 | J | A | |
| 254. - Munder Mid Cap Core Growth (x) | | | | | Sold | 11/16/12 | J | A | |
| 255. - Mutual Global Discovery Fund (x) | A | Dividend | | | Sold | 12/7/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Neuberger Berm Lc Disc Gr (x) | | None | | | Sold | 11/16/12 | J | A | |
| 257. - Perkins Mid Cap Value (x) | | None | | | Sold | 11/16/12 | J | A | |
| 258. - T. Rowe Price Blue Chip (x) | | None | | | Sold | 11/16/12 | J | A | |
| 259. - T Rowe Price Summit Muni Inc | A | Dividend | | | Buy | 12/28/12 | K | | |
| 260. - T. Rowe Price Summit Muni Inc | | | | | Sold | 12/7/12 | K | A | |
| 261. - T. Rowe Price Summit Muni Inc (x) | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 262. - Tax Exempt Bond Fund of America | A | Dividend | L | T | Buy | 12/28/12 | J | | |
| 263. - Tax Exempt Bond Fund of America | | | | | Buy | 12/7/12 | K | | |
| 264. - Templeton Global Bond Fund C (x) | A | Dividend | | | Sold | 12/7/12 | J | A | |
| 265. - Thornburg Limited Term Municipal Fund (x) | A | Dividend | | | Sold | 12/7/12 | K | A | |
| 266. - Wasatch Large Cap Value (x) | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 267. - Wells Fargo Adv S/T Muni Bd | A | Dividend | K | T | Buy | 12/7/12 | K | | |
| 268. - Wells Fargo Adv S/T Muni Bd (x) | | | | | Sold | 11/16/12 | J | A | |
| 269. | | | | | | | | | |
| 270. TRADITIONAL IRA: (H) | | | | | | | | | |
| 271. -Capital World Growth & Income Fund Cl A (x) | A | Dividend | K | T | | | | | |
| 272. -Eaton Vance Mutual Funds Trust Gov't Oblig Cl A (x) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Goldman Sachs Growth & Incom Strategy Fund Cl B (x) | | | | | | | | | |
| 274. - Goldman Sachs Growth Strategy Fund Cl B (x) | | | | | Sold | 11/30/12 | J | A | |
| 275. - Income Fund of America Cl A (x) | | | | | | | | | |
| 276. - Putnam Dynamic Asset - Allocation Growth Fund Cl A (x) | | | | | | | | | |
| 277. - Putnam Dynamic Asset Allocation Balanced Fund Cl A (x) | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. Mineral Interest, Grady County, OK (x) | | None | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

during the calendar year and ██████████ new assets that did not appear on last year's form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544